GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 222-4142
Facsimile: (702) 362-2203
Email: gschnitzer@ksjattorneys.com

*Attorney for Defendant*
*LexisNexis Risk Solutions Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Cortney Fast, | Case No. 2:20-cv-00107-JAD-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD** |
| v. | |
| LexisNexis Risk Solutions Inc., *et al.*, | **(FIRST REQUEST)** |
| Defendants. | |

Pursuant to Local Rule IA 6-1 of the United States District Court for the District of Nevada, Defendant LexisNexis Risk Solutions Inc. ("Defendant") and Plaintiff Cortney Fast ("Plaintiff"), by and through their respective counsel, stipulate as follows:

1. Plaintiff filed her Complaint on January 16, 2020.

2. Defendant was served with the Complaint on January 21, 2020.

3. Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint is February 11, 2020.

4. The undersigned counsel for Defendant was recently retained and continues to review the allegations in Plaintiff's Complaint. Therefore, Defendant requests additional time, up to and including March 12, 2020, to formulate a response to Plaintiff's Complaint.

5. Plaintiff consents to the requested extension.

6. This is the first request by Defendant seeking such extension.

In consideration of the foregoing, and for good cause, it is hereby STIPULATED AND AGREED by and between the Parties, that Defendant LexisNexis Risk Solutions Inc. shall have up to and including March 12, 2020 to file an answer or otherwise respond to Plaintiff's Complaint.

**IT IS SO STIPULATED**

Dated: February 7, 2020.

| | |
|---|---|
| /s/ *Matthew Knepper, Esq.* | /s/ *Gary E. Schnitzer* |
| Matthew I. Knepper, Esq. | Gary E. Schnitzer, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 395 |
| KNEPPER & CLARK LLC | KRAVITZ, SCHNITZER & JOHNSON, CHTD. |
| 5510 S Fort Apache Rd, Suite 30 | 8985 South Eastern Avenue, Suite 200 |
| Las Vegas, Nevada 89129 | Las Vegas, Nevada 89123 |
| Telephone: (702) 825-6060 | Telephone: (702) 222-4142 |
| Facsimile: (702) 447-8048 | Facsimile: (702) 362-2203 |
| matthew.knepper@knepperclark.com | gschnitzer@ksjattorneys.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| *Cortney Fast* | *LexisNexis Risk Solutions Inc.* |

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Dated this 10th day of February, 2020