GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 222-4142
Facsimile: (702) 362-2203
Email: gschnitzer@ksjattorneys.com
*Attorney for Defendant*
*LexisNexis Risk Solutions Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CORTNEY FAST,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS INC.,<br>TARGET CORPORATION,<br><br>　　　　　Defendants. | Case No.  2:20-cv-00107-RFB-DJA<br><br>**STIPULATION OF DISMISSAL OF LEXISNEXIS RISK SOLUTIONS INC., WITH PREJUDICE** |

　　　　　PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant LexisNexis Risk Solutions Inc., from the above captioned action, with prejudice.

//

//

//

//

//

//

//

//

1

1  Each party will bear their own costs.

2      IT IS SO STIPULATED.

3      Dated July 28, 2020.

| **KNEPPER & CLARK LLC**<br><br>/s/ *Matthew I. Knepper*<br>Matthew I. Knepper, Esq., SBN 12796<br>Miles N. Clark, Esq., SBN 13848<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>**KRIEGER LAW GROUP, LLC**<br>David H. Krieger, Esq., SBN 9086<br>2850 W. Horizon Ridge Parkway, Suite 200<br>Henderson, NV 89052<br>Email: dkrieger@kriegerlawgroup.com<br>*Attorneys for Plaintiff* | **KRAVITZ, SCHNITZER & JOHNSON, CHTD.**<br><br>/s/ *Gary E. Schnitzer*<br>Gary E. Schnitzer, Esq., SBN 395<br>8985 S. Eastern Ave., Suite 200<br>Las Vegas, NV 89123<br>Email: gschnitzer@ksjattorneys.com<br>*Attorney for Defendant*<br>*LexisNexis Risk Solutions Inc.* |
| --- | --- |
| **LINCOLN, GUSTAFSON & CERCOS, LLP**<br><br>/s/ *Loren S. Young*_____<br>Loren S. Young, Esq., SBN 7567<br>3960 Howard Hughes Parkway, Suite 200<br>Las Vegas, NV 89169<br>Email: lyoung@lgclawoffice.com<br>*Attorney for Defendant*<br>*Target Corporation* | |

**ORDER GRANTING STIPULATION OF DISMISSAL
OF LEXISNEXIS RISK SOLUTIONS INC., WITH PREJUDICE**

**IT IS SO ORDERED.**

    _____
    RICHARD F. BOULWARE, II
    UNITED STATES DISTRICT JUDGE

    DATED this 29th day of July, 2020.