Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CORTNEY FAST,<br><br>    Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION,<br><br>    Defendant. | Case No. 2:20-cv-00107-JAD-DJA<br><br>**STIPULATION OF DISMISSAL OF TARGET CORPORATION WITH PREJUDICE**<br><br>Complaint filed: January 16, 2020 |

PLEASE TAKE NOTICE that Plaintiff Cortney Fast ("Plaintiff") and Defendant Target Corporation ("Target") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2).

There are no longer any issues in this matter between Plaintiff and Target to be determined by the Court, and Target is the only remaining defendant. Plaintiff hereby stipulates that all of her

claims and causes of action against Target, which were or could have been the subject matter of this lawsuit, are hereby dismissed with prejudice, without costs or fees to any party.

IT IS SO STIPULATED.
Dated August 10, 2020.

| **KNEPPER & CLARK LLC** | **LINCOLN, GUSTAFSON & CERCOS** |
|---|---|
| /s/ *Matthew I. Knepper* | /s/ *Loren S. Young* |
| Matthew I. Knepper, Esq., SBN 12796 | Loren S. Young, Esq., SBN 7567 |
| Miles N. Clark, Esq., SBN 13848 | 3960 Howard Hughes Pkwy., Ste. 260 |
| KNEPPER & CLARK LLC | Las Vegas, NV 89169 |
| 5510 So. Fort Apache Rd, Suite 30 | Email: lyoung@lgclawoffice.com |
| Las Vegas, NV 89148 | |
| Email: matthew.knepper@knepperclark.com | **BARNES & THORNBURG LLP** |
| Email: miles.clark@knepperclark.com | Brian Melendez, Esq. |
| | *(Admitted Pro Hac Vice)* |
| **KRIEGER LAW GROUP, LLC** | 225 South Sixth Street, Suite 2800 |
| David H. Krieger, Esq., SBN 9086 | Minneapolis, MN 55402 |
| 2850 W Horizon Ridge Parkway, Suite 200 | Email: brian.melendez@btlaw.com |
| Henderson, NV 89052 | |
| Email: dkrieger@kriegerlawgroup.com | *Counsel for Defendant* |
| | *Target Corporation* |
| *Counsel for Plaintiff* | |

## ORDER GRANTING
## STIPULATION OF DISMISSAL OF TARGET CORPORATION, WITH PREJUDICE

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this 11th day of August, 2020.

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430